CASE 84—COMMONWEALTH APPEALS FROM AN ORDER ALLOWING CLAIMS OF WITNESSES IN THE CASE OF COMMONWEALTH V. TUDOR—MAY 2.

# Commonwealth v. Tudor.

APPEAL FROM METCALFE CIRCUIT COURT.

CRIMINAL LAW—APPEAL FROM ORDER ALLOWING CLAIMS OF WITNESSES.

Held:   An appeal by the Commonwealth from an order allowing the claims of witnesses in a Commonwealth prosecution will be dismissed, the witnesses not being parties to the appeal, and the aggregate amount of their claims being only $13.00.

ROBT. J. BRECKINRIDGE, ATTORNEY-GENERAL FOR COMMONWEALTH.

This case is brought here on appeal from the Metcalfe Circuit Court asking a construction of section 367, Kentucky Statutes, entitled Witnesses for the Commonwealth in Felony Cases. The record shows that a large number of witnesses were in this case upon the verbal order of the county attorney. More than one-half of these witnesses know nothing of the case and were absolutely useless. The statement of the Commonwealth's attorney, which I file herewith, fully explains why this appeal is taken.

OPINION OF THE COURT BY JUDGE WHITE—DISMISSING.

The only question sought to be determined by this appeal is as to the allowance by the court of the claims of certain witnesses for the prosecution on a continuance. The attorney for the Commonwealth objected to their claims because they had not been summoned on the written order of himself or the county attorney. The witnesses are not parties to this appeal, and the aggregate amount of their claims is $13.00. The adjudication of the question can not affect the rights of the Commonwealth or accused in the trial of the case, and the appeal is clearly not within the provisions of section 337, Cr. Code Prac. We think it clear that, as presented, we have no jurisdiction. Appeal is dismissed.